UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: AHMED, MOHAMMED M                §   Case No. 11-20491
                                        §
                                        §
                                        §
Debtor(s)                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at *10:00* on *4/5/12* in Courtroom 250, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/24/2012        By:  /s/CHARLES J. MYLER
                                    Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: AHMED, MOHAMMED M § Case No. 11-20491
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 3,444.00

*and approved disbursements of* $ 0.00

*leaving a balance on hand of* [1] $ 3,444.00

**Balance on hand:** $ 3,444.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | HONOR FINANCE | 5,162.82 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,444.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 861.00 | 0.00 | 659.22 |
| Trustee, Expenses - Charles J. Myler | 29.69 | 0.00 | 22.73 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 3,607.50 | 0.00 | 2,762.05 |

Total to be paid for chapter 7 administration expenses: $ 3,444.00
Remaining balance: $ 0.00

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,597.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ISAC | 4,137.53 | 0.00 | 0.00 |
| 2U | HONOR FINANCE | 516.28 | 0.00 | 0.00 |
| 3 | Asset Acceptance LLC / Assignee / Nicor Gas Compan | 2,079.06 | 0.00 | 0.00 |
| 4 | Asset Acceptance LLC / Assignee / Nicor Gas Compan | 237.06 | 0.00 | 0.00 |
| 5 | Nicor Gas | 1,670.59 | 0.00 | 0.00 |
| 6 | IIT/ACCTNG DEPT/5TH FL | 956.66 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-20491-MB
Mohammed Ahmed                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2              Date Rcvd: Feb 27, 2012
                              Form ID: pdf006             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2012.
db           +Mohammed Ahmed,   5N855 Baker Hill Court,   Saint Charles, IL 60175-7401
17273537     +ALLIANCEONE INC,   6565 KIMBALL DR,   GIG HARBOR, WA 98335-1200
17273539     +CBE GROUP,   131 TOWER PARK DR SUITE 100  P,   WATERLOO, IA 50701-9374
17273540     +CBE GROUP,   1309 TECHNOLOGY PKWY,   CEDAR FALLS, IA 50613-6976
17273541     +CONTRACT CALLERS INC,   1058 CLAUSSEN RD STE 110,   AUGUSTA, GA 30907-0301
17273542     +HONOR FINANCE,   1731 CENTRAL ST,   EVANSTON, IL 60201-1507
17273543     +IIT/ACCTNG DEPT/5TH FL,   3300 S FEDERAL ST FL 5,   CHICAGO, IL 60616-3732
17273536     +Mohammed M Ahmed,   5n855 baker hill court,   Saint Charles, IL 60175-7401
17273547     +R & B RECEIVABLES MANA,   860 S NORTHPOINT BLVD,   WAUKEGAN, IL 60085-8201
17273549      SEARS/CBSD,   133200 SMITH RD,   CLEVELAND, OH  44130
17273550    ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
             (address filed with court:  WFDS/WDS,    PO BOX 1697,   WINTERVILLE, NC  28590)
17273551     +Zuhair Nubani,   77 W. Washington Street,   Suite 41012,   Chicago, IL 60602-2801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17273538     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 28 2012 04:01:49     ASSET ACCEPTANCE LLC,
              PO BOX 2036,   WARREN, MI 48090-2036
17676422     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 28 2012 04:01:49
              Asset Acceptance LLC / Assignee / Nicor Gas Compan,   Po Box 2036,   Warren MI 48090-2036
17273544     +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Feb 28 2012 04:22:15     ISAC,   1755 LAKE COOK RD,
              DEERFIELD, IL 60015-5209
17273545     +E-mail/Text: bankrup@nicor.com Feb 28 2012 03:59:32     NICOR GAS,   1844 FERRY ROAD,
              NAPERVILLE, IL 60563-9600
17273546     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Feb 28 2012 05:07:10     NORTHWEST COLLECTORS,
              3601 ALGONQUIN RD STE 23,   ROLLING MEADOWS, IL 60008-3126
17708999     +E-mail/Text: bankrup@nicor.com Feb 28 2012 03:59:32     Nicor Gas,   PO Box 549,
              Aurora IL 60507-0549
17273548     +E-mail/Text: rdkcollects@gmail.com Feb 28 2012 05:10:44     RDK COLLECTION SERVICE,
              318 JOHN R RD # 321,   TROY, MI 48083-4542
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Myler, Ruddy & McTavish
17676466*    +Asset Acceptance LLC / Assignee / Nicor Gas Compan,   Po Box 2036,   Warren MI 48090-2036
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 29, 2012**           **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Feb 27, 2012
                              Form ID: pdf006             Total Noticed: 19


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2012 at the address(es) listed below:
              Charles J Myler    cmyler@mrmlaw.com,   IL57@ecfcbis.com;kmyler@mrmlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zuhair  Nubani    on behalf of Debtor Mohammed Ahmed zuhair_nubani@hotmail.com
                                                                                             TOTAL: 3
```