# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: AHMED, MOHAMMED M § Case No. 11-20491
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $11,450.00 *(without deducting any secured claims)* | Assets Exempt: $5,850.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $42,333.18 |
| Total Expenses of Administration: $3,444.00 | |

3) Total gross receipts of $ 3,444.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,444.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,162.82 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,498.19 | 4,498.19 | 3,444.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,930.00 | 9,597.18 | 9,597.18 | 0.00 |
| **TOTAL DISBURSEMENTS** | $36,930.00 | $19,258.19 | $14,095.37 | $3,444.00 |

4) This case was originally filed under Chapter 7 on May 13, 2011. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/04/2012          By: /s/CHARLES J. MYLER
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund | 1224-000 | 3,444.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,444.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | HONOR FINANCE | 4110-000 | N/A | 5,162.82 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$5,162.82** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 861.00 | 861.00 | 659.22 |
| Charles J. Myler | 2200-000 | N/A | 29.69 | 29.69 | 22.73 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 3,607.50 | 3,607.50 | 2,762.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,498.19 | 4,498.19 | 3,444.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ISAC | 7100-000 | N/A | 4,137.53 | 4,137.53 | 0.00 |
| 2U | HONOR FINANCE | 7100-000 | N/A | 516.28 | 516.28 | 0.00 |
| 3 | Asset Acceptance LLC / Assignee / Nicor Gas Compan | 7100-000 | N/A | 2,079.06 | 2,079.06 | 0.00 |
| 4 | Asset Acceptance LLC / Assignee / Nicor Gas Compan | 7100-000 | N/A | 237.06 | 237.06 | 0.00 |
| 5 | Nicor Gas | 7100-000 | 1,613.00 | 1,670.59 | 1,670.59 | 0.00 |
| 6 | IIT/ACCTNG DEPT/5TH FL | 7100-000 | 2,581.00 | 956.66 | 956.66 | 0.00 |
| NOTFILED | KANE COUNTY | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | ILINOSINST | 7100-000 | 1,164.00 | N/A | N/A | 0.00 |
| NOTFILED | NICOR GAS COMPANY | 7100-000 | 2,079.00 | N/A | N/A | 0.00 |
| NOTFILED | GLENDALE HEIGHTS POL | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | DUPAGE COUNTY COURT | 7100-000 | 111.00 | N/A | N/A | 0.00 |
| NOTFILED | THE STUDENT LOAN COR | 7100-000 | 2,534.00 | N/A | N/A | 0.00 |
| NOTFILED | SEARS/CBSD | 7100-000 | 3,924.00 | N/A | N/A | 0.00 |
| NOTFILED | WEST CHICAGO POLICE | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | WFDS/WDS | 7100-000 | 13,242.00 | N/A | N/A | 0.00 |
| NOTFILED | THE STUDENT LOAN COR | 7100-000 | 2,409.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | VALLEY EMERGENCY CAR | 7100-000 | 31.00 | N/A | N/A | 0.00 |
| NOTFILED | THE STUDENT LOAN COR | 7100-000 | 2,835.00 | N/A | N/A | 0.00 |
| NOTFILED | DUPAGE COUNTY CLERK | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DUPAGE COUNTY CLERK | 7100-000 | 254.00 | N/A | N/A | 0.00 |
| NOTFILED | DUPAGE COUNTY CLERK | 7100-000 | 338.00 | N/A | N/A | 0.00 |
| NOTFILED | AAA COOK COUNTY BAI | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | DISH NETWORK | 7100-000 | 320.00 | N/A | N/A | 0.00 |
| NOTFILED | DUPAGE COUNTY CLERK | 7100-000 | 189.00 | N/A | N/A | 0.00 |
| NOTFILED | COMED COMMERCIAL D | 7100-000 | 1,242.00 | N/A | N/A | 0.00 |
| NOTFILED | COMED COMMERCIAL D | 7100-000 | 136.00 | N/A | N/A | 0.00 |
| NOTFILED | DUPAGE COUNTY CLERK | 7100-000 | 111.00 | N/A | N/A | 0.00 |
| NOTFILED | COMED 26499 | 7100-000 | 1,282.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 36,930.00 | 9,597.18 | 9,597.18 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-20491  
**Case Name:** AHMED, MOHAMMED M  

**Period Ending:** 06/04/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 05/13/11 (f)  
**§341(a) Meeting Date:** 07/18/11  
**Claims Bar Date:** 10/19/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 50.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Bank of America<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Household Goods - Electronics, Furniture and<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 2,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Books and Media<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Clothes<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | 2003 Jaguar S<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 5,600.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Honda Accord<br>    Orig. Asset Memo: Imported from original petition Doc# 15 | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Tax refund  (u) | 0.00 | 0.00 | | 3,444.00 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$11,450.00** | **$0.00** | | **$3,444.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee will collect tax refund

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011            **Current Projected Date Of Final Report (TFR):**    June 30, 2012

Printed: 06/04/2012 02:50 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-20491  
**Case Name:** AHMED, MOHAMMED M  

**Taxpayer ID #:** **-***6056  
**Period Ending:** 06/04/12  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/12 | {8} | Zuhair Nubani, Attorney at Law | Payment of turnover of court ordered tax refund amount | 1224-000 | 3,444.00 | | 3,444.00 |
| 04/09/12 | 1001 | CHARLES J. MYLER | Dividend paid 76.56% on $861.00, Trustee Compensation; Reference: | 2100-000 | | 659.22 | 2,784.78 |
| 04/09/12 | 1002 | Charles J. Myler | Dividend paid 76.56% on $29.69, Trustee Expenses; Reference: | 2200-000 | | 22.73 | 2,762.05 |
| 04/09/12 | 1003 | Myler, Ruddy & McTavish | Dividend paid 76.56% on $3,607.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,762.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,444.00 | 3,444.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,444.00 | 3,444.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,444.00** | **$3,444.00** | |

Net Receipts : 3,444.00  
Net Estate : $3,444.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******15-65 | 3,444.00 | 3,444.00 | 0.00 |
| | $3,444.00 | $3,444.00 | $0.00 |

{} Asset reference(s)

Printed: 06/04/2012 02:50 PM    V.12.57